IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JERRY K. DAVIS, AS ADMINISTRATOR OF THE ESTATE OF JOHN TANNER DAVIS, DECEASED,<br><br>　　　　　Plaintiff,<br>vs.<br><br><br>CONTECH CONSTRUCTION PRODUCTS, INC., A CORPORATION; PORT CITY TRUCKING, INC., A CORPORATION; BRUCE E. LICK, INDIVIDUALLY; AND FICTITIOUS DEFENDANTS 1-10,<br><br>　　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*　　No. 5:10cv00349  SWW<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

The motions [doc.#'s 7, 8] of Michael D. Ermert and Alva C. Caine for leave to appear *pro hac vice* and participate in the above-styled case as counsel for plaintiff are hereby granted.

IT IS SO ORDERED this 15th day of December 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE