IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JERRY K. DAVIS, AS ADMINISTRATOR OF THE ESTATE OF JOHN TANNER DAVIS, DECEASED, | * * * * | |
| Plaintiff, | * | |
| vs. | * | No. 5:10cv00349  SWW |
| | * * | |
| CONTECH CONSTRUCTION PRODUCTS, INC., A CORPORATION; PORT CITY TRUCKING, INC., A CORPORATION; BRUCE E. LICK, INDIVIDUALLY; AND FICTITIOUS DEFENDANTS 1-10, | * * * * * * | |
| Defendants | * | |

ORDER

The joint motion [doc.#17] of the parties to extend the discovery deadline to and including October 1, 2011, and to extend the motions deadline to and including October 29, 2011 is hereby granted.[1]

IT IS SO ORDERED this 7th day of July 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Given that the trial is set for November 28, 2011, and given that the response time to any motions would extend well into November with the new motions deadline, the Court cannot guarantee a ruling, or at least a detailed one, on any complex motions prior to trial.