IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JERRY K. DAVIS, AS ADMINISTRATOR OF THE ESTATE OF JOHN TANNER DAVIS, DECEASED, | * * * * |
| Plaintiff, | * |
| vs. | *   No. 5:10cv00349  SWW |
| | * * |
| CONTECH CONSTRUCTION PRODUCTS, INC., A CORPORATION; PORT CITY TRUCKING, INC., A CORPORATION; BRUCE E. LICK, INDIVIDUALLY; AND FICTITIOUS DEFENDANTS 1-10, | * * * * * * |
| Defendants | * |

## ORDER

The motion [doc.#19] of separate defendant Contech Construction Products, Inc. to quash Subpoena Duces Tecum, which concerned a deposition scheduled for August 4, 2011, is denied without prejudice as moot, the date for the deposition having passed and there having been no response to the motion to quash.

IT IS SO ORDERED this 16th day of August 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE