IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY K. DAVIS, AS ADMINISTRATOR OF
THE ESTATE OF JOHN TANNER DAVIS,
DECEASED                                                                                          PLAINTIFF

v.                                      Case No. 5:10-cv-00349 KGB

CONTECH CONSTRUCTION PRODUCTS, INC., A CORPORATION;
PORT CITY TRUCKING, INC., A CORPORATION; BRUCE E. LICK,
INDIVIDUALLY, AND FICTICIOUS DEFENDANTS 1-10                         DEFENDANTS

## ORDER

Separate defendant Contech Construction Products, Inc. ("Contech"), filed a motion for new trial setting (Dkt. No. 42). Plaintiff and other defendant do not object. For good cause shown, Contech's motion is granted. The Clerk of the Court is directed to remove this case from the trial docket for the week of July 28, 2014. A new trial date will be set and a Third Amended Final Scheduling Order will be issued by separate Order, resetting all pretrial deadlines that have not already passed.

SO ORDERED this the 10th day of January, 2014.

_____
Kristine G. Baker
United States District Judge