IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY K. DAVIS, AS ADMINISTRATOR OF
THE ESTATE OF JOHN TANNER DAVIS,
DECEASED                                                                                   PLAINTIFF

v.                              Case No. 5:10-cv-00349 KGB

CONTECH CONSTRUCTION PRODUCTS, INC., A CORPORATION;
PORT CITY TRUCKING, INC., A CORPORATION; BRUCE E. LICK,
INDIVIDUALLY, AND FICTICIOUS DEFENDANTS 1-10                  DEFENDANTS

## ORDER

Based upon counsels' written representations to this Court, this case is removed from the trial docket for the week of August 18, 2014.

SO ORDERED this the 13th day of August, 2014.

_____
Kristine G. Baker
United States District Judge