**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JERRY K. DAVIS, AS ADMINISTRATOR OF**
**THE ESTATE OF JOHN TANNER DAVIS,**
**DECEASED**                                                                                        **PLAINTIFF**

**v.**                                         **Case No. 5:10-cv-00349 KGB**

**CONTECH CONSTRUCTION PRODUCTS, INC., A CORPORATION;**
**PORT CITY TRUCKING, INC., A CORPORATION; BRUCE E. LICK,**
**INDIVIDUALLY, AND FICTICIOUS DEFENDANTS 1-10**               **DEFENDANTS**

<u>**ORDER**</u>

Based on the parties' stipulation of dismissal with prejudice (Dkt. No. 89), and pursuant

to Rule 41 of the Federal Rules of Civil Procedure, the Court dismisses plaintiff's complaint

against defendants with prejudice, with each party to bear their own fees and costs.

SO ORDERED this the 26th day of September, 2014.


_____
Kristine G. Baker
United States District Judge